ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 6/27/2011
DEPUTY CLERK

JS-6 Entered
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT E. HOFFMAN,

    Petitioner,

vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.

Case No. CV 11-1756-R (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: June 21, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE